07 CV 5635

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATLAS AIR WORLDWIDE HOLDINGS, ) <br> INC. and ATLAS AIR, INC. ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. _____ <br><br> CORPORATE DISCLOSURE <br> STATEMENT <br><br> RECEIVED <br> JUN 1 3 2007 <br> U.S. CASHIERS |

Pursuant to *Federal Rule of Civil Procedure 7.1* [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Picture Patents, LLC certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

Date: June 13, 2007

Respectfully Submitted,

Alston & Bird, LLP

By: _____
Thomas J. Parker
Attorney Bar Code: TP-7219
90 Park Avenue
New York, NY 10016
(212) 210-9529 (Phone)
(212) 210-9444 (Facsimile)
Thomas.Parker@alston.com