IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

| | |
|---|---|
| PICTURE PATENTS, LLC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATLAS AIR WORLDWIDE )<br>HOLDINGS, INC., et al. )<br>)<br>Defendants. )<br>) | Civil Case No. 07-5635 (JGK) |

ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Picture Patents LLC, pursuant to Rule 41(a)(i), Fed. R. Civ. P., hereby dismisses all claims in this action with prejudice.

Dated: 10/18, 2007

ALSTON & BIRD LLP

By: Thomas J. Parker (Bar No. TP-7219)
90 Park Avenue
New York, NY 10016
(212) 210-9529
Attorney For Plaintiff
Picture Patents, LLC

SO ORDERED this 28
day of November, 2007

_____
United States District Judge

LEGAL02/30544642v1